UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHNNY ROBERT HINOJOSA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 4:05-CV-0092-G |
| WARDEN COLE JETER, FMC-FORT WORTH, | ) | |
| | ) | |
| Respondent. | ) | |

## FINDINGS OF THE COURT

After reviewing the objections to the findings, conclusions and recommendations ("Findings") of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings to which objections have been made, I am of the opinion that the Findings of the magistrate judge are correct and they are adopted as the Findings of the court.

It is therefore **ORDERED** that those Findings are **ADOPTED** as the findings and conclusions of the court.

June 21, 2005.

_____
A. JOE FISH
CHIEF JUDGE